587 A.2d 311

MOON TOWNSHIP

v.

FINDLAY TOWNSHIP.

Appeal of WEST ALLEGHENY SCHOOL DISTRICT
and Findlay Township.

Supreme Court of Pennsylvania.

Argued March 7, 1991.
Decided March 21, 1991.

W. Theodore Brooks, Matthew J. Carl, Tucker Arensberg, P.C., Richard B. Tucker, III, Pittsburgh, for West Allegheny School Dist.

Edwin J. Strassburger, Strassburger, McKenna, Gutnick & Potter, Pittsburgh, for Findlay Tp.

Robert E. Durrant, Meyer, Darragh, Buckler, Bebenek, Eck & Hall, Pittsburgh, for Moon Tp.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.